

# Fourth Court of Appeals
## San Antonio, Texas

February 14, 2022

No. 04-21-00009-CV

Ernest **BUSTOS**,
Appellant

v.

**ENCINO PARK HOMEOWNERS**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-18828
Larry Noll, Judge Presiding

# O R D E R

Appellees' Motion to Supplement the Reporter's Record and Clerk's Record by Transferring the Reporter's Record from Prior Appeal is hereby GRANTED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of February, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court